# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**



JUN 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | **Case No.**   1:15-CR-284-1 |
| Maria Mora ) | |
| ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Maria Mora_____ , have discussed with _____Dan Stark_____ , Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: You shall participate in a program of mental health treatment as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____*Marie Mora*_____   6/7/2016          _____*signature*_____   06/07/2016
Signature of Defendant          Date          Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____*signature*_____                    6/28/16
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____*signature*_____                    6-13-16
Signature of Defense Counsel          Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   JUNE 28, 2016

[ ] The above modification of conditions of release is *not* ordered.

_____*signature*_____                    6/28/2016
Signature of Judicial Officer          Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services