Andritch & Aed, A Professional Corporation
Michael J. Aed, CA SBN 204090
2140 Merced Street, Suite 102
Fresno, California  93721
Tel.   (559) 495-0200
Fax.   (559) 495-0123

Attorney for Defendant
Maria Mora

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARIA MORA,<br><br>            Defendant. | Case No.  1:15-cr-00284-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE  OF PLEA HEARING |

    TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

    IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the change of plea hearing currently on calendar for October 31, 2016, at 10:00 a.m., be continued to December 5, 2016, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

    This continuance is requested by counsel for Defendant, MARIA MORA, due to the fact that assigned AUSA has been called away due to a family medical emergency.  Defense counsel also needs additional time to explore and communicate potential corrections to be made to the parties' plea agreement before entering the change of plea.  The additional time requested would help facilitate resolution of the case in light of the assigned AUSA's current unavailability.

    Counsel for defendant has spoken with Assistant U. S. Attorneys, Mark McKeon and

Henry Z. Carbajal III, who have no objection to this continuance.  The parties agree to exclude time based on further defense preparation, investigation and negotiations etc.  and agree that the time period of the date of this stipulation to December 5, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 26, 2016         /s/ Michael J. Aed
                                 Michael J. Aed
                                 Attorney for Defendant

Dated: October  26, 2016.        UNITED STATES ATTORNEY'S OFFICE

                                 /s/Henry Z. Carbajal III
                                 Henry Z. Carbajal III
                                 Mark McKeon
                                 Assistant U.S. Attorneys

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the change of plea hearing in this case.  Good cause appearing, the change of plea hearing as to Maria Mora currently set for October 31, 2016, is continued to **December 5, 2016, at 10:00am**.  The time period between October 31, 2016  and December 5, 2016 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 27, 2016**            _____
                                         UNITED STATES DISTRICT JUDGE