1  Andritch & Aed, A Professional Corporation
   Michael J. Aed, CA SBN 204090
2  2140 Merced Street, Suite 102
   Fresno, California  93721
3  Tel.   (559) 495-0200
   Fax.   (559) 495-0123
4
   Attorney for Defendant
5  Maria Mora

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Case No.  1:15-cr-00284-DAD-BAM-1

12 |         Plaintiff,

13 |     v.                               STIPULATION AND ORDER TO
                                          CONTINUE SENTENCING
14 | MARIA MORA,

15 |         Defendant.

16

17         TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

18               OFFICE and/or ITS REPRESENTATIVES:

19         **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective

20  clients that the Sentencing hearing currently on calendar for March 6, 2017, at 10:00 a.m., be

21  continued to April 10, 2017, at 10:00 a.m., or as soon thereafter as is convenient to the court's

22  calendar.

23         This continuance is requested by counsel for Attorney, MICHAEL AED, due to his father

24  passing unexpectedly on December 29, 2016. He was summoned to Chicago, Illinois to take care

25  of his personal business, house, and financial affairs and to make funeral arrangements. He did

26  not return to the office until January 10, 2017. Counsel needs additional time to prepare for and

27  litigate sentencing issues due to the above stated circumstances causing an inability to meet the

28  deadlines originally imposed for the current sentencing dates. Counsel for Defendant has spoken

with Federal Probation Officer, Michael Armistead, and Assistant U.S. Attorney, Mark McKeon, who has no objection to this continuance. The parties agree to exclude time based on further prep, investigation and negotiations etc.

Dated: January 23, 2017         /s/ Michael J. Aed
                                Michael J. Aed
                                Attorney for Defendant


Dated: January 23, 2017         UNITED STATES ATTORNEY'S OFFICE

                                /s/ Henry Z. Carbajal
                                Henry Z. Carbajal
                                Assistant U.S. Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for March 6, 2017, is continued until April 10, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **January 29, 2017**                         _Dale A. Drozd_
                                            UNITED STATES DISTRICT JUDGE