Legal Aed
Michael J. Aed, CA SBN 204090
2140 Merced Street, Suite 102
Fresno, California  93721
Tel.    (559) 825-4600
Fax.    (559) 272-8411

Attorney for Defendant
Maria Mora

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA MORA,<br><br>Defendant. | Case No.  1:15-cr-00284-DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES

ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective

clients that the Sentencing hearing currently on calendar for April 10, 2017, at 10:00 a.m., be

continued to May 1, 2017, at 10:00 a.m., or as soon thereafter as is convenient to the court's

calendar.

This continuance is requested by counsel for Attorney, MICHAEL AED, due to the

matters were advertently set on a date that the Attorney will be out of the country. Counsel has a

pre-planned, pre-paid vacation to San Felipe, Mexico.  Counsel for Defendant has spoken with

Federal Probation Officer, Michael Armistead, and Assistant U. S. Attorney, Henry Z. Carbajal,

who has no objection to this continuance.

///

1

The parties agree to exclude time based on further prep, investigation and negotiations etc.

Dated: February 9, 2017              /s/ Michael J. Aed
                                     Michael J. Aed
                                     Attorney for Defendant


Dated: February 9, 2017.             UNITED STATES ATTORNEY'S OFFICE

                                      /s/ Henry Z. Carbajal
                                     Henry Z. Carbajal
                                     Assistant U.S. Attorney


## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for April 10, 2017, is continued until May 1, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 9, 2017**          _____
                                       UNITED STATES DISTRICT JUDGE