PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-000284-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO AMEND JUDGMENTS |
| v. | |
| MARIA MORA AND URIEL PEREZ, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 1, 2017, the Court sentenced the defendant, Maria Mora, to a 36-month term of probation. C.R. 56. She was also ordered to pay restitution to the Internal Revenue Service in the amount of $13,443. *Id.* On May 5, 2017, the Court filed its Judgment incorporating these terms of Mora's sentence. C.R. 57.

2. On November 7, 2016, the Court sentenced co-defendant Uriel Perez to a 36-month term of probation. C.R. 44. He was also ordered to pay restitution to the Internal Revenue Service in the amount of $13,443. *Id.* On May 5, 2017, the Court filed its Judgment incorporating these terms of Perez's sentence. C.R. 45.

3. The restitution amount in both Judgments represents the same loss to the Internal

Revenue Service. So that the victim does not receive double recovery, the parties stipulate and agree that both judgments should be amended to reflect that the obligation of both defendants to pay restitution in the amount of $13,443 is joint and several.

IT IS SO STIPULATED.

Dated: May 19, 2017                                PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ MARK J. McKEON
                                                   MARK J. McKEON
                                                   Assistant United States Attorney


Dated: May 19, 2017                                /s/ MICHAEL AED
                                                   MICHAEL AED
                                                   Counsel for Defendant
                                                   MARIA MORA

Dated: May 19, 2017                                /s/ MEGAN T. HOPKINS
                                                   MEGAN T. HOPKINS
                                                   Counsel for Defendant
                                                   URIEL PEREZ


IT IS SO ORDERED.

   Dated:  **May 19, 2017**                        _____
                                                   UNITED STATES DISTRICT JUDGE

2